UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy P., | Civ. No. 23-2060 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley, Commissioner of Social Security Administration, | |
| Defendant. | |

This matter is before Court on the Plaintiff's unopposed Motion for Attorney Fees under 42 U.S.C. § 406(b).

The statute provides for the payment of attorney's fees "not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled." 42 U.S.C. § 406(b). Plaintiff's counsel requests a fee authorization in the amount of $23,832, reduced by $9,000, which is the amount of EAJA fees previously awarded in this matter. Thus, the net total amount of fees that Plaintiff seeks is $14,832.

Plaintiff successfully challenged the denial of benefits in this matter and has established that he is entitled to the attorney's fees he seeks under § 406(b).

2

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion (Docket No. 24) is **GRANTED** and Plaintiff is awarded a net amount of $14,832 in attorney's fees under 42 U.S.C. § 406(b).

Date:   August 7, 2024              *s/ Paul A. Magnuson*
                                    Paul A. Magnuson
                                    United States District Court Judge